DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORMAN SCOTT** and **JACQUELINE SCOTT,**
Appellant,

v.

**SHOMA AT ROYAL PALM CONDOMINIUM ASSOC., INC.,**
Appellee.

No. 4D16-2268

[November 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502015CA002423.

Norman Scott and Jacqueline Scott, Wellington, pro se.

Daniel Wasserstein of Wasserstein, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***